UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NORMAN CHANEY and
BARBARA CHANEY,

        Plaintiffs,

                                        Case No. 07-CV-10369
vs.                                    HON. GEORGE CARAM STEEH

CHASE HOME FINANCE, L.L.C. and
TROTT & TROTT, P.C.,

        Defendant.

_____/

ORDER DENYING AS MOOT PLAINTIFFS' MOTION FOR
EX PARTE PRELIMINARY INJUNCTION

      Plaintiffs Norman and Barbara Chaney, appearing pro per, filed a complaint in Michigan's Oakland County Circuit Court on December 26, 2006, alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692g, Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962(c), relative to a public sale of the plaintiffs' home to commence on January 3, 2007. The complaint also sought an unspecified "Emergency Ex Parte Motion for Preliminary Injunction." The lawsuit was removed to federal court on January 23, 2007 based on federal question jurisdiction. To the extent plaintiffs moved for ex parte injunctive relief to stay the alleged January 3, 2007 sheriffs' sale of the home, the motion is hereby DENIED as MOOT.

      SO ORDERED.

Dated: February 6, 2007

                                                s/George Caram Steeh
                                                GEORGE CARAM STEEH
                                                UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
February 6, 2007, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk