UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NORMAN CHANEY, ET. AL.,                    No. 07-10369

        Plaintiff,                         District Judge George Caram Steeh

v.                                         Magistrate Judge R. Steven Whalen

CHASE HOME FINANCE, L.L.C.,

        Defendant.
_____ /

## ORDER GRANTING STAY OF DISCOVERY

For the reasons and under the terms stated on the record on June 19, 2007,

Defendant's Motion for Protective Order and to Stay Discovery [Docket #11] is

GRANTED. Discovery is stayed pending final determination of Defendant's Motion to

Dismiss [Docket #10].

        SO ORDERED.

                        S/R. Steven Whalen_____
                        R. STEVEN WHALEN
                        UNITED STATES MAGISTRATE JUDGE

Dated: June 19, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys
and/or parties of record by electronic means or U.S. Mail on June 19, 2007.

                        S/Gina Wilson_____
                        Judicial Assistant