UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NORMAN CHANEY, ET. AL.,     No. 07-10369

       Plaintiff,     District Judge George Caram Steeh

v.     Magistrate Judge R. Steven Whalen

CHASE HOME FINANCE, L.L.C.,

       Defendant.
_____/

## ORDER DENYING MOTION TO COMPEL

For the reasons and under the terms stated on the record on June 19, 2007, Plaintiffs' Motion to Compel Defendants to Answer Interrogatories [Docket #18] is DENIED.

    SO ORDERED.

                      S/R. Steven Whalen
                      R. STEVEN WHALEN
                      UNITED STATES MAGISTRATE JUDGE

Dated: June 19, 2007

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 19, 2007.

                      S/Gina Wilson
                      Judicial Assistant