UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NORMAN CHANEY and
BARBARA CHANEY,

        Plaintiffs,

                                          Case No. 07-CV-10369

vs.                                  HON. GEORGE CARAM STEEH

CHASE HOME FINANCE LLC, and
TROTT and TROTT, P.C.,

        Defendants.

_____/

## RULE 60(a) ORDER CORRECTING CLERICAL MISTAKE IN
## JULY 9, 2007 ORDER OF DISMISSAL AND REMAND

      On July 9, 2007, the court granted defendants Chase Home Finance LLC's and

Trott and Trott, P.C.'s separate motions to dismiss pro se plaintiffs Norman Chaney's and

Barbara Chaney's federal claims, and remanded the plaintiffs' state claims to state court.

Due to a clerical error, the July 9, 2007 Order stated that the matter had been removed

from, and would be remanded to, Michigan's Wayne County Circuit Court. The matter was

in fact removed from Oakland County Circuit Court. Accordingly, and pursuant to Federal

Rule of Civil Procedure 60(a),

      IT IS ORDERED that the court's July 9, 2007 Order is hereby corrected to reflect,

at page 2, that plaintiffs initially filed their Complaint in Oakland County Circuit Court and,

at page 6, that: "Plaintiffs' state law claims as alleged in Counts III and IV are hereby

REMANDED to Michigan's Oakland County Circuit Court."

      SO ORDERED.

Dated: July 30, 2007

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
July 30, 2007, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk